OHIO. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Forney Johnston* and *Mr. Edmund H. Dryer* for petitioner. No appearance for respondent.

---

No. 935. ERIK SANDBERG ET AL., PETITIONERS, *v.* JOHN McDONALD, CLAIMANT, ETC. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Alex. T. Howard* and *Mr. J. W. Waguespack* for petitioners. *Mr. Palmer Pillans* for respondent.

---

No. 936. PAUL NIELSEN ET AL., PETITIONERS, *v.* RHINE SHIPPING COMPANY, CLAIMANT, ETC. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Silas B. Axtell* for petitioners. *Mr. Roscoe H. Hupper* for respondent.

---

No. 937. JOHN HARDY ET AL., PETITIONERS, *v.* SHEPARD & MORSE LUMBER COMPANY, CLAIMANT, ETC. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Silas B. Axtell* for petitioners. *Mr. Roscoe H. Hupper* for respondent.

---

No. 893. CONSOLIDATION COAL COMPANY, PETITIONER, *v.* CARRIE SALYER, ADMINISTRATRIX, ETC. April 1, 1918. Petition for a writ of certiorari to the United States Cir-